# IN THE SUPREME COURT OF THE STATE OF NEVADA

CORNELIUS EUGENE ROGERS,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 81712

**FILED**

OCT 0 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from "the decision of the District Court and The Court of Appeals of Nevada The Order of Affirmance." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's review of this appeal reveals jurisdictional defects. First, the order denying a motion to correct an illegal sentence entered on January 10, 2020, was already appealed in Docket No. 79814. A second duplicate appeal may not be pursued. Second, no statute or court rule permits an appeal from an order of affirmance of the Court of Appeals. *See* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."); *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-36259

cc: Hon. Carolyn Ellsworth, District Judge
Cornelius Eugene Rogers
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A